# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NIELSEN, WILLIAM F. | USDC, ED OF WA | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, SENIOR | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

POST OFFICE BOX 2208
SPOKANE, WASHINGTON 99210-2208

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Spokane YMCA Endowment Committee |
| 2. | Board Member | Museum of Arts and Culture |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch | Margin Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WFN SP WOLF | | | | | | | | | |
| 2. Cash Richards Merrill Peterson | A | Interest | J | U | | | | | |
| 3. Amer Intl Group | | None | | | Sold | 12/15/11 | J | | |
| 4. Atmel Corp. | | None | J | T | | | | | |
| 5. Auto Data Proc. Com | A | Dividend | L | T | | | | | |
| 6. Bank of America | A | Dividend | J | T | | | | | |
| 7. Banner Corp | A | Dividend | | | Sold | 12/15/11 | J | | |
| 8. Berkshire Hath | | None | M | T | | | | | |
| 9. Cisco | A | Dividend | | | Sold | 12/15/11 | J | | |
| 10. Coca Cola | A | Dividend | K | T | | | | | |
| 11. Com 21 Inc | | None | J | T | | | | | |
| 12. Eaton | A | Dividend | K | T | | | | | |
| 13. Flextronics | | None | J | T | | | | | |
| 14. Home Depot | A | Dividend | K | T | | | | | |
| 15. Honeywell Intl | A | Dividend | L | T | | | | | |
| 16. Illinois Tool Wks | A | Dividend | K | T | | | | | |
| 17. Intel Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intuitive Surg | | None | K | T | | | | | |
| 19. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 20. Medtronic | A | Dividend | J | T | | | | | |
| 21. Microsoft | A | Dividend | K | T | | | | | |
| 22. St. Jude Med | A | Dividend | K | T | | | | | |
| 23. Safeway | A | Dividend | J | T | | | | | |
| 24. Stryker | A | Dividend | K | T | | | | | |
| 25. Synaptics | | None | | | Sold | 01/20/11 | K | | |
| 26. | | | | | | | | | |
| 27. WFN SP | | | | | | | | | |
| 28. Cash--INB | A | Interest | J | U | | | | | |
| 29. Inland N.W. Venture Fund | | None | | | Closed | 12/31/11 | J | | |
| 30. NW Venture Assc Fund | | None | J | U | | | | | |
| 31. | | | | | | | | | |
| 32. WFN SP83 | | | | | | | | | |
| 33. AFLAC | A | Dividend | K | T | | | | | |
| 34. Amer Exp Co | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 36. ARES Capital | A | Dividend | | | Sold | 06/07/11 | J | | |
| 37. Bank of America | A | Dividend | J | T | | | | | |
| 38. Baxter Intl | A | Dividend | L | T | | | | | |
| 39. Beckton Dickinsxon | A | Dividend | K | T | | | | | |
| 40. Bed-Bath-B | | None | J | T | | | | | |
| 41. Berk Hathwy Com | | None | M | T | | | | | |
| 42. Caterpillar | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 43. Cisco | | None | K | T | | | | | |
| 44. Coca Cola | A | Dividend | K | T | | | | | |
| 45. Colgate Com | B | Dividend | M | T | | | | | |
| 46. Disney Com | A | Dividend | L | T | | | | | |
| 47. Eaton | A | Dividend | J | T | | | | | |
| 48. Home Depot | B | Dividend | M | T | | | | | |
| 49. Intel Corp | A | Dividend | J | T | | | | | |
| 50. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 51. McDonalds Corp | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Medtronic | A | Dividend | K | T | | | | | |
| 53. NW Bancorp | A | Dividend | J | T | | | | | |
| 54. NY Comm Bank | A | Dividend | | | Sold | 11/08/11 | J | | |
| 55. Oracle Corp. | A | Dividend | K | T | | | | | |
| 56. Pfizer | B | Dividend | K | T | | | | | |
| 57. Proctor & Gamble Co. | A | Dividend | K | T | | | | | |
| 58. RPC Inc. | A | Dividend | J | T | Buy | 02/16/11 | J | | |
| 59. Safeway | A | Dividend | J | T | | | | | |
| 60. Starbuck's | A | Dividend | K | T | | | | | |
| 61. S.W. Airlines Com | A | Dividend | K | T | | | | | |
| 62. Sysco | A | Dividend | K | T | | | | | |
| 63. Target | A | Dividend | K | T | | | | | |
| 64. Telefonica SA | A | Dividend | J | T | Buy | 06/02/11 | J | | |
| 65. Texas Inst. | A | Dividend | K | T | | | | | |
| 66. Tractor Supply | A | Dividend | K | T | | | | | |
| 67. Walgreen Co. | A | Dividend | K | T | | | | | |
| 68. Waters Corp. | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. WFN SPDRSEA | | | | | | | | | |
| 72. Amer Intl Grp | | None | J | T | | | | | |
| 73. Applied Materials | A | Dividend | | | Sold | 04/06/11 | J | | |
| 74. Bank of America | A | Distribution | J | T | | | | | |
| 75. Cash RBC | A | Interest | J | U | | | | | |
| 76. Chevron Corp. | A | Dividend | K | T | | | | | |
| 77. Cisco | A | Dividend | | | Sold | 08/01/11 | J | | |
| 78. Deere & Co. | A | Dividend | J | T | Buy | 08/01/11 | J | | |
| 79. Emerson Elec | A | Dividend | J | T | | | | | |
| 80. Ericsson Tel Co | A | Dividend | J | T | | | | | |
| 81. Heinz Com | A | Dividend | K | T | | | | | |
| 82. Hewlett Packard | A | Dividend | J | T | | | | | |
| 83. Home Depot | A | Dividend | | | Sold | 05/13/11 | J | | |
| 84. J. Hancock Bank & Thrift Fund | A | Dividend | J | T | | | | | |
| 85. J.P. Morgan Chase | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Magna Intl | A | Dividend | J | T | Buy | 05/13/11 | J | | |
| 87. | Medtronics Inc | A | Dividend | J | T | | | | | |
| 88. | Merck | A | Dividend | J | T | | | | | |
| 89. | Oracle Corp Com | A | Dividend | K | T | | | | | |
| 90. | Proctor & Gamble | B | Dividend | K | T | | | | | |
| 91. | Starbucks | A | Dividend | K | T | | | | | |
| 92. | TEVA | A | Dividend | J | T | | | | | |
| 93. | Union Pacific | A | Dividend | J | T | | | | | |
| 94. | | | | | | | | | | |
| 95. | MSN SP PTNRS-71 | | | | | | | | | |
| 96. | Cash--INB | A | Interest | L | U | | | | | |
| 97. | Cash in Partners | B | Interest | K | U | | | | | |
| 98. | AFLAC | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 99. | American Exp | A | Dividend | | | Sold | 05/31/11 | J | B | |
| 100. | Ameriprise Finc | A | Dividend | | | Sold | 01/18/11 | J | A | |
| 101. | Berkshire Hath | | None | K | T | | | | | |
| 102. | Brightpoint | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Broadcom | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 104. " " | A | Dividend | | | Sold | 12/15/11 | J | | |
| 105. Caterpillar | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 106. Cisco | A | Dividend | J | T | Buy | 02/10/11 | J | | |
| 107. Citi Group | A | Dividend | | | Sold | 06/14/11 | J | | |
| 108. Costco | A | Dividend | K | T | | | | | |
| 109. CSX | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 110. Exxon | A | Dividend | K | T | Buy | 01/10/11 | J | | |
| 111. Fiserv Inc. | | None | J | T | | | | | |
| 112. Flextronics | | None | | | Sold | 01/10/11 | J | | |
| 113. Home Depot | A | Dividend | J | T | | | | | |
| 114. Income Fund of Amer | A | Dividend | J | T | Buy | 12/15/11 | J | | |
| 115. Intel Corp. | A | Dividend | J | T | | | | | |
| 116. Johnson-Johnson | A | Dividend | K | T | | | | | |
| 117. JP Morgan | A | Dividend | J | T | Buy | 01/10/11 | J | | |
| 118. LSI Logic | | None | J | T | | | | | |
| 119. McDonalds | A | Dividend | K | T | Buy | 01/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Medtronic | A | Dividend | | | Sold | 06/30/11 | J | | |
| 121. Microsoft | A | Dividend | J | T | | | | | |
| 122. Nordstrom | A | Dividend | J | T | Buy | 01/19/11 | J | | |
| 123. Pepsi Co. | A | Dividend | J | T | Buy | 09/19/11 | J | | |
| 124. Southwest Airlines | A | Dividend | J | T | | | | | |
| 125. Starbucks | A | Dividend | K | T | | | | | |
| 126. Stryker | A | Dividend | J | T | | | | | |
| 127. Sysco Corp. | A | Dividend | | | Sold | 09/19/11 | J | | |
| 128. Target | A | Dividend | | | Sold | 09/16/11 | J | | |
| 129. TEVA Pharm | A | Dividend | J | T | | | | | |
| 130. UPS | A | Dividend | J | T | Buy | 06/10/11 | J | | |
| 131. Waste Mgmt | A | Dividend | J | T | Buy | 06/14/11 | J | | |
| 132. Wells Fargo | A | Dividend | | | Sold | 01/10/11 | J | A | |
| 133. | | | | | | | | | |
| 134. Amer CAP Income | A | Dividend | K | T | Buy | 01/10/11 | K | | |
| 135. Amer Cent Intl Growth Fund | A | Dividend | | | Sold | 01/10/11 | K | | |
| 136. Bond Fund Amer | A | Dividend | K | T | Buy | 01/10/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Income Fund Amer | B | Dividend | K | T | Buy | 01/10/11 | K | | |
| 138. ML Annuity Ret Plus 27 | A | Dividend | | | Sold | 01/10/11 | L | E | |
| 139. Prin Cap App Fund | A | Dividend | | | Sold | 01/10/11 | K | | |
| 140. | | | | | | | | | |
| 141. MSN SP PTNRS 2 | | | | | | | | | |
| 142. Cash--PTNRS | A | Interest | J | U | | | | | |
| 143. Bed Bath Beyond | | None | J | T | | | | | |
| 144. Home Depot | A | Dividend | J | T | | | | | |
| 145. Illinois Tool | A | Dividend | J | T | | | | | |
| 146. Lord Abbett Affiliated Fund | A | Dividend | | | Sold | 01/10/11 | J | | |
| 147. Potash | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NIELSEN, WILLIAM F. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM F. NIELSEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544